AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHARLES R. EVANS,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-09-0587**
**RICHARD CORDRAY, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendants.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed August 7, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 7, 2009                        JAMES BONINI, CLERK

                                            */S/ Andy F. Quisumbing*
                                            (By) Andy F. Quisumbing
                                            Courtroom Deputy Clerk